IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAELA EVERETT, | ) | CASE NO.: 8-05-CV-00375 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| NASH-FINCH COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came on for hearing on the Plaintiff's Motion for Dismissal.  The Court being duly advised in the premises finds that said Motion is true and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's cause of action is dismissed without prejudice, each party to pay their own costs.

DATED this 12th day of August, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
U.S. District Court Judge


PREPARED AND SUBMITTED BY:

TIM B. STREFF
10665 Bedford Avenue, Suite 200
Omaha, Nebraska 68134
(402) 491-4003
Attorney for Plaintiff